PARSONS BEHLE & LATIMER
Jim B. Butler, Nevada Bar ID No. 8389
Ashley C. Nikkel, Nevada Bar ID No. 12838
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
jbutler@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Defendant*
*KG Mining (Bald Mountain) Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERIOR BOARD OF LAND APPEALS, UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and KG MINING INC.,<br><br>Defendants. | Case No. 3:25-CV-00039-ART-CSD<br><br>**NOTICE OF APPEARANCE** |

TO:    CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Jim B. Butler and Ashley C. Nikkel of Parsons Behle & Latimer hereby enter their appearance as counsel of record on behalf of Defendant KG Mining (Bald Mountain) Inc.[1] in the above-referenced matter, and request that they be copied electronically on all pleadings filed and notices sent in this matter, as follows:

PARSONS BEHLE & LATIMER
Jim B. Butler, Nevada Bar ID No. 8389
Ashley C. Nikkel, Nevada Bar ID No. 12838

/ /

/ /

---

[1] Plaintiffs have named KG Mining Inc. as a defendant but no such entity exists.

04870.050\4907-9865-2962.v2

| | |
|---|---|
| 50 West Liberty Street, Suite 750<br>Reno, NV 89501<br>Telephone: 775.323.1601<br>Facsimile: 775.348.7250<br>jbutler@parsonsbehle.com<br>anikkel@parsonsbehle.com | |
| DATED: February 28, 2025. | PARSONS BEHLE & LATIMER<br><br>By:   */s/ Ashley C. Nikkel*<br>    Jim B. Butler, Nevada Bar ID No. 8389<br>    Ashley C. Nikkel, Nevada Bar ID No. 12838<br>    50 West Liberty Street, Suite 750<br>    Reno, NV 89501<br>    Telephone: 775.323.1601<br>    Facsimile: 775.348.7250<br>    jbutler@parsonsbehle.com<br>    anikkel@parsonsbehle.com<br><br>    *Attorneys for Defendant*<br>    *KG Mining (Bald Mountain) Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 28th day of February, 2025, I filed a true and correct copy of the foregoing document, **NOTICE OF APPEARANCE,** with the Clerk through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

Brent M. Resh, Esq.
Brent Resh Law, PLCC
2104 La Solana Way
Las Vegas, NV 89102
Email: brent@brentreshlaw.com

*Attorneys for Plaintiffs*

Jessica L. Blome, Esq.
J. Rae Lovko, Esq.
Greenfire Law, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Email: jblome@greenfirelaw.com
Email: rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

Nicole Leibow, Esq.
United States Attorney's Office
501 Las Vegas Blvd., Suite 1100
Las Vegas, NV 89101
Email: nicole.leibow@usdoj.gov

*Attorneys for Federal Defendants*

                                              /s/ Roni L. Shaffer
                                              Employee of Parsons Behle & Latimer

PARSONS
BEHLE &
LATIMER

04870.050\4907-9865-2962.v2