AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation<br><br>*Plaintiff(s)*<br>v.<br>INTERIOR BOARD OF LAND APPEALS; UNITED STATES DEPARTMENT OF INTERIOR; BUREAU OF LAND MANAGEMENT; and KG MINING, INC.<br><br>*Defendant(s)* | Civil Action No. 2:24-cv-02399-BNW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of the Interior
1849 C Street, N.W.
Washington DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brent M. Resh
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(signature)*
(By) DEPUTY CLERK

12/30/24
DATE

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02399-BNW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of the Interior
was received by me on *(date)* 12/30/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On January 7, 2025, I caused copies of the Summons, Petition for Review Civil Cover Sheet, General Order re Magistrate, Order re Consent-Decline Magistrate and Notice of PHV Petitions due to be served via certified mail which was delivered on January 17, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 02/26/2025

*Server's signature*

Jessica San Luis, Paralegal
*Printed name and title*

Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:



0039-ART-CSD — Document 17 — Filed 03/03/25

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Washington, DC 20240

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | $4.10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $2.31 |
| Total Postage and Fees | $11.26 |

Postmark Here — JAN -7 2024

01/07/2025 USPS, CA 94707

9589 0710 5270 0569 0039 4 (tracking, left margin)

Sent To: U.S. Dept. of Interior
Street and Apt. No., or PO Box No.: 1849 C Street, NW #5311
City, State, ZIP+4®: Washington, D.C. 20240

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

ALERT: WINTER STORMS IN THE SOUTHERN, SOUTHEAST, AND NORTHEAST AND WILDFIRE…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700569063949

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 1:46 pm on January 17, 2025 in WASHINGTON, DC 20206.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20206
January 17, 2025, 1:46 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
January 17, 2025, 9:51 am

**In Transit to Next Facility**
January 11, 2025

**Departed Post Office**
BERKELEY, CA 94707
January 7, 2025, 5:07 pm

**USPS in possession of item**
BERKELEY, CA 94707
January 7, 2025, 4:48 pm

Feedback

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs