AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>INTERIOR BOARD OF LAND APPEALS; UNITED STATES DEPARTMENT OF INTERIOR; BUREAU OF LAND MANAGEMENT; and KG MINING, INC.<br><br>*Defendant(s)* | Civil Action No. 2:24-cv-02399-BNW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brent M. Resh
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(By) DEPUTY CLERK*

12/30/24
DATE

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02399-BNW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney's Office
was received by me on *(date)* 12/30/2024 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On January 7, 2025, I caused copies of the Summons, Petition for Review Civil Cover Sheet, General Order re Magistrate, Order re Consent-Decline Magistrate and Notice of PHV Petitions due to be served via certified mail which was delivered on January 13, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/26/2025

*Server's signature*

Jessica San Luis, Paralegal
*Printed name and title*

Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Las Vegas, NV 89101

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | |
| $ | $4.10 | 0057 34 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | JAN - 7 2025 |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.31 | |
| $ | | 01/07/2025 |
| Total Postage and Fees | | |
| $11.26 | | |

Sent To: U.S. Attorney's Office
Street and Apt. No., or PO Box No.: 501 Las Vegas Blvd. South, #1100
City, State, ZIP+4®: Las Vegas, NV 89101

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0569 0639



ALERT: WINTER STORMS IN THE SOUTHERN, SOUTHEAST, AND NORTHEAST AND WILDFIRE…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700569063901

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:37 pm on January 13, 2025 in LAS VEGAS, NV 89101.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

LAS VEGAS, NV 89101
January 13, 2025, 12:37 pm

Feedback

**In Transit to Next Facility**

January 12, 2025

**Departed USPS Regional Facility**

LAS VEGAS NV DISTRIBUTION CENTER
January 11, 2025, 10:12 am

**Arrived at USPS Regional Destination Facility**

LAS VEGAS NV DISTRIBUTION CENTER
January 10, 2025, 9:51 pm

**Departed Post Office**

BERKELEY, CA 94707
January 7, 2025, 5:07 pm

**USPS in possession of item**
BERKELEY, CA 94707
January 7, 2025, 4:45 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs