AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>INTERIOR BOARD OF LAND APPEALS; UNITED STATES DEPARTMENT OF INTERIOR; BUREAU OF LAND MANAGEMENT; and KG MINING, INC.<br><br>*Defendant(s)* | Civil Action No. 2:24-cv-02399-BNW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KG Mining (Bald Mountain) Inc.
State Route 892
Ely, NV 89301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brent M. Resh
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(signature)*
(By) DEPUTY CLERK

12/30/24
DATE

GREENFIRE LAW, PC
2748 ADELINE ST STE A
BERKELEY, CA 94703
510-900-9502
JBLOME@GREENFIRELAW.COM
RLOVKO@GREENFIRELAW.COM
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LAURA LEIGH, individually and WILD HORSE
EDUCATION, a non-profit corporation

    Plaintiff(s)

Vs

INTERIOR BOARD OF LAND APPEALS; UNITED
STATES DEPARTMENT OF INTERIORL BUREAU OF
LAND MANAGEMENT, and KG MINING, INC.

    Defendant(s)

Civil Action No. 2:24-cv-02399-BNW

State of Nevada  )
                )ss.
County of Clark  )

### DECLARATION OF SERVICE

I, **BRADFORD NIELSEN** being duly sworn, says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age not a party nor interested in the proceeding in which this affidavit is made. That on the **14th day of FEBRUARY 2025** affiant received the **PETITION FOR REVIEW, CIVIL COVER SHEET, SUMMONS, GENERAL ORDER RE MAGISTRATE AND ORDER RE CONSENT – DELCINE MAGISTRATE** served the same on the **14TH** day of **FEBRUARY 2025** at **4:45PM** by:

Delivering and leaving a copy with the UNITED AGENT GROUP INC. – AGENT FOR KG MINING ACCEPTED BY MARCI WYATT

At **8275 S. EASTERN AVE STE 200 LAS VEGAS, NV 89123**

_____
PERSON MAKING SERVICE – BRADFORD NIELSEN R-2022-16918
GNPS PILB NVLIC #4272
209 S Stephanie St B177.
Henderson, Nevada 89012
725-314-9138

Executed on: 02/19/2025

PURSUANT TO NRS 53.045,
I DECLARE UNDER PENALTY OF
PERJURY UNDER THE LAW OF THE
STATE OF NEVADA THAT THE
FOREGOING IS TRUE AND CORRECT.