1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7
8
9
10
11
12
13
14

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation <br> Plaintiff(s), <br><br> vs. <br><br> INTERIOR BOARD OF LAND APPEALS, UNITED STATES DEPARTMENT OF INTERIOR, et al. <br> Defendant(s). | Case No. 3:25-cv-00039-ART-CSD <br> **ORDER APPROVING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> FILING FEE IS $250.00 |

15
16

___Jesssica L. Blome___, Petitioner, respectfully represents to the Court:
(name of petitioner)

17
18

1.    That Petitioner is an attorney at law and a member of the law firm of

19

GREENFIRE LAW, PC
(firm name)

20

with offices at ___2748 Adeline Street, Suite A___,
(street address)

21
22

___Berkeley___,    ___California___,    ___94703___,
(city)              (state)             (zip code)

23

___(510) 900-9502___,    ___jblome@greenfirelaw.com___.
(area code + telephone number)    (Email address)

24
25

2.    That Petitioner has been retained personally or as a member of the law firm by

26

___Laura Leigh; Wild Horse Education___ to provide legal representation in connection with
[client(s)]

27

the above-entitled case now pending before this Court.

28

Rev. 5/16

3.    That since _____June 1, 2017_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Missouri Bar | September 12, 2007 | 59710 |
| United States Supreme Court | September 10, 2021 | |
| District Court, Northern District of California | | |
| District Court, Eastern District of California | | |
| District Court, Western District of Missouri | | |
| District Court, Western District of New York | | |
| Court of Appeals: First, Eighth, Ninth Circuits | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

> Missouri Bar Association
> California Bar Association

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| January 24, 2022 | 3:22-cv-00034-MMD | U.S. District Court | Granted |
| August 3, 2022 | 2:22-cv-01200-CDS | U.S. District Court | Granted |
| August 1, 2023 | 3:22-cv-00372-LRH | U.S. District Court | Granted |
| December 4, 2023 | 3:23-cv-00505-ART | U.S. District Court | Granted |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2 FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                     Petitioner's signature

STATE OF     California     )

5                                    )

COUNTY OF     Alameda     )

6

7         Jessica L. Blome    , Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

9                                                                                   Petitioner's signature

10 Subscribed and sworn to before me this

11

12    10th day of    Jan    , 2025

13                                                                 SUNGSOO HAN
                                                      COMM. #2492331
      Notary Public or Clerk of Court              Notary Public - California
                                                     Alameda County
                                           My Comm. Expires July 11, 2028

14

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**

17              **THE BAR OF THIS COURT AND CONSENT THERETO.**

    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18 believes it to be in the best interests of the client(s) to designate     Brent M. Resh     ,

19                                                               (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20 above-entitled Court as associate resident counsel in this action. The address and email address of

21 said designated Nevada counsel is:

22

23                               2401 La Solana Way                 ,

24                                    (street address)

        Las Vegas           ,        Nevada         ,       89102     ,

25          (city)                     (state)             (zip code)

26       (702) 781-6903        ,    brent@brentreshlaw.com    .

27  (area code + telephone number)         (Email address)

28                                    4                                         Rev. 5/16

1    By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2    agreement and authorization for the designated resident admitted counsel to sign stipulations

3    binding on all of us.

4

5    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7    The undersigned party(ies) appoint(s) _____Brent M. Resh_____ as

8    his/her/their Designated Resident Nevada Counsel in this case.
     (name of local counsel)

9

10   _/s/ Laura Leigh_____

11   (party's signature)

     Laura Leigh_____

12   (type or print party name, title)

13   _____

14   (party's signature)

15

16   _____
     (type or print party name, title)

17   **CONSENT OF DESIGNEE**

18   The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20   _/s/ Brent M. Resh_____
     Designated Resident Nevada Counsel's signature

21   14940_____    brent@brentreshlaw.com___
     Bar number            Email address

22   **APPROVED.**

23

24   _[signature]_

25   Anne R. Traum
     United States District Judge

26

27   DATED: March 4, 2025

28
5
Rev. 5/16

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

January 13, 2025

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JESSICA LYNN BLOME, #314898 was admitted to the practice of law in this state by the Supreme Court of California on June 1, 2017 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Carolina Almarante-Terrero*

Carolina Almarante-Terrero
Custodian of Records

*The Supreme Court of Missouri*



## Certificate of Admission as an Attorney at Law

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/12/2007,

*Jessica Lynn Blome*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 14th day of January, 2025.

Clerk of the Supreme Court of Missouri

