# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation

    Plaintiff(s),

vs.

INTERIOR BOARD OF LAND APPEALS, UNITED STATES DEPARTMENT OF INTERIOR, et al.

    Defendant(s).

Case No. 3:25-cv-00039-ART-CSD

**ORDER APPROVING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

    __Jennifer Rae Lovko__, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

__GREENFIRE LAW, PC__
(firm name)

with offices at __2748 Adeline Street, Suite A__,
                 (street address)

__Berkeley__, __California__, __94703__,
(city)    (state)    (zip code)

__(510) 900-9502__, __rlovko@greenfirelaw.com__.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Laura Leigh; Wild Horse Education__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since   December 1, 2000  , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of   California  
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Georgia Bar (Inactive) | April 12, 2006 | 143039 |
| District Court, Northern District of California | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California Bar Association
Georgia Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| January 5, 2024 | 3:22-cv-00034-MMD | U.S. District Court | Granted |
| December 11, 2023 | 3:23-cv-00505-ART | U.S. District Court | Granted |
| December 4, 2023 | 3:22-cv-00372-LRH | U.S. District Court | Granted |
| January 5, 2024 | 2:22-cv-01200-CDS | U.S. District Court | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF     California     )
COUNTY OF   Alameda        )

     Jennifer Rae Lovko     , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

  9th   day of   JAN.   , 2025.

_____
Notary Public or Clerk of Court

DANIEL ORONA
COMM. #2429764
Notary Public - California
Alameda County
My Comm. Expires Dec. 9, 2026

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate     Brent M. Resh    ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

             2401 La Solana Way
               (street address)

   Las Vegas   ,   Nevada   ,   89102   
     (city)         (state)      (zip code)

  (702) 781-6903   ,   brent@brentreshlaw.com   
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Brent M. Resh_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ Laura Leigh
(party's signature)

Laura Leigh
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Brent M. Resh
Designated Resident Nevada Counsel's signature

14940                brent@brentreshlaw.com
Bar number           Email address

**APPROVED.**

_(signature)_
Anne R. Traum
United States District Judge

DATED: March 4, 2025

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

January 21, 2025

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNIFER RAE LOVKO, #208855 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2000; that from the date of admission to January 29, 2016, they were an ACTIVE licensee of the State Bar of California; that on January 29, 2016, they transferred at their request to the INACTIVE status; that from that date to July 18, 2016, they were an INACTIVE licensee of the State Bar of California; that on July 18, 2016, they transferred at their request to the ACTIVE status; that from that date to January 3, 2018, they were an ACTIVE licensee of the State Bar of California; that on January 3, 2018, they transferred at their request to the INACTIVE status; that from that date to February 28, 2021, they were an INACTIVE licensee of the State Bar of California; that on February 28, 2021, they transferred at their request to the ACTIVE status; that they have been since that date, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Iliana Cervantes
Custodian of Records