PARSONS BEHLE & LATIMER
Jim B. Butler, Nevada Bar ID No. 8389
Ashley C. Nikkel, Nevada Bar ID No. 12838
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
jbutler@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Defendant*
*KG Mining (Bald Mountain) Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> INTERIOR BOARD OF LAND APPEALS, UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and KG MINING INC., <br><br> Defendants. | Case No. 3:25-cv-00039-ART-CSD <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO PETITION FOR REVIEW** <br> **(First Request)** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiffs Laura Leigh and Wild Horse Education ("Plaintiffs"); Defendants Interior Board of Land Appeals, United States Department of Interior, Bureau of Land Management ("Federal Defendants"); and Defendant KG Mining (Bald Mountain) Inc.[1] ("KG Mining") hereby stipulate, agree, and respectfully request the Court extend the deadline for KG Mining to respond to the Petition for Review (ECF No. 1) ("Petition") **from March 7, 2025, to March 20, 2025**.

The response deadline for Federal Defendants is currently March 10, 2025. KG Mining participated in the underlying administrative appeal as an intervenor. In this action, the Petition challenges the Interior Board of Land Appeals' decision denying Plaintiffs' standing to bring an

---

[1] Plaintiffs have named "KG Mining Inc." as a Defendant, but no such entity exists.

04870.050\4932-3361-9232.v3

1

1  administrative appeal. In light of this procedural posture, KG Mining and Federal Defendants agree
2  the Federal Defendants should respond to the Petition first. KG Mining will respond ten (10) days
3  after the Federal Defendants' response. Plaintiffs do not oppose this request.
4      The parties do not seek this extension for the purposes of delay and this is the first request
5  for an extension of time for KG Mining to respond to the Petition.  Accordingly, the parties request
6  that the Court grant KG Mining an extension of time to respond to the Complaint until **March 20,**
7  **2025**.

DATED: March 4, 2025.

GREENFIRE LAW, PC

 /s/ Jessica L. Blome
Jessica L. Blome, Esq. *(pro hac vice)*
J. Rae Lovko, Esq. *(pro hac vice)*
2748 Adeline St., Suite A
Berkeley, CA 94703
jblome@greenfirelaw.com
rlovko@greenfirelaw.com
and
Brent M. Resh, Nevada Bar ID No. 14940
BRENT RESH LAW, PLCC
2104 La Solana Way
Las Vegas, NV 89102
brent@brentreshlaw.com
 *Attorneys for Plaintiffs*

DATED: March 4, 2025.

UNITED STATES ATTORNEY

 /s/ Nicole R. Leibow
Sue Fahami, Nevada Bar ID No. 5634
Acting United States Attorney, District of Nevada
Patrick A. Rose, Nevada Bar ID No. 5109
Assistant United States Attorney
Nicole R. Leibow, NY Bar ID No. 5583174
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov
Nicole.Leibow@usdoj.gov
 *Attorneys for Federal Defendants*

DATED: March 4, 2025.

PARSONS BEHLE & LATIMER

 /s/ Ashley C. Nikkel
Jim B. Butler, Nevada Bar ID No. 8389
Ashley C. Nikkel, Nevada Bar ID No. 12838
50 West Liberty Street, Suite 750
Reno, NV 89501
jbutler@parsonsbehle.com
anikkel@parsonsbehle.com
*Attorneys for Defendant KG Mining (Bald Mountain) Inc.*

IT IS SO ORDERED.

Dated: _____, 2025.

_____
UNITED STATES DISTICT COURT JUDGE

04870.050\4932-3361-9232.v3

PARSONS BEHLE & LATIMER

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 4th day of March, 2025, I filed a true and correct copy of the foregoing document, **STIPULATION TO EXTEND TIME TO RESPOND TO PETITION FOR REVIEW (First Request),** with the Clerk through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

Brent M. Resh, Esq.
Brent Resh Law, PLCC
2104 La Solana Way
Las Vegas, NV 89102
Email: brent@brentreshlaw.com

*Attorneys for Plaintiffs*

Jessica L. Blome, Esq.
J. Rae Lovko, Esq.
Greenfire Law, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Email: jblome@greenfirelaw.com
Email: rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

Sue Fahami, Esq.
Patrick A. Rose, Esq.
Nicole Leibow, Esq.
United States Attorney's Office
501 Las Vegas Blvd., Suite 1100
Las Vegas, NV 89101
Email: patrick.rose@usdoj.gov
Email: nicole.leibow@usdoj.gov

*Attorneys for Federal Defendants*

                         */s/ Roni L. Shaffer*
                         Employee of Parsons Behle & Latimer