SUE P. FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
NICOLE LEIBOW
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: Nicole.Leibow@usdoj.gov

*Attorneys for the Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Laura Leigh, and Wild Horse Education,<br><br>Plaintiffs,<br><br>v.<br><br>Interior Board of Land Appeals, United States Department of Interior, Bureau of Land Management, and KG Mining, Inc.,<br><br>Defendants. | Case No. 3:25-cv-00039-ART-CDS<br><br>**Notice of Appearance** |

Please take notice that Assistant United States Attorney Nicole R. Leibow is appearing as counsel for the Federal Defendants. Hereafter, all parties to the above-referenced case should notify the undersigned counsel of any action in this matter.

Respectfully submitted this 6th day of March 2025.

SUE P. FAHAMI
Acting United States Attorney

 */s/  Nicole R. Leibow*
NICOLE R. LEIBOW
Assistant United States Attorney