SUE P. FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
NICOLE R. LEIBOW
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: Nicole.Leibow@usdoj.gov

*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Laura Leigh, and Wild Horse Education, <br><br> Plaintiffs, <br><br> v. <br><br> Interior Board of Land Appeals, United States Department of Interior, Bureau of Land Management, and KG Mining, Inc., <br><br> Defendants. | Case No. 3:25-cv-00039-ART-CDS <br><br> **Stipulation and Order to Extend Time to Answer** <br><br> **(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiffs Laura Leigh and Wild Horse Education ("Plaintiffs"), Defendant KG Mining (Bald Mountain) Inc. ("KG Mining"), and Federal Defendants Interior Board of Land Appeals, United States Department of Interior, and Bureau of Land Management, through undersigned counsel, hereby stipulate and agree as follows:

Plaintiffs filed their Petition on December 23, 2024. ECF No. 1.

Plaintiff served Federal Defendants with a copy of the Summons and Petition via certified mail on January 7, 2025. ECF No. 18.

The current deadline for Federal Defendants to respond to Plaintiff's Petition is March 10, 2025. *Id.*

On March 6, 2025, respective counsel for Plaintiffs, Defendant KG Mining, and Federal Defendants agreed to a 17-day extension of time for Federal Defendant to review the record and applicable agency regulations, including 43 C.F.R. § 4.410(a), which is the

subject of Plaintiffs' Petition. The standard for extending time is good cause. See FRCP 6(b)(1)(A).

Accordingly, the parties, through undersigned counsel, submit this stipulation to a 17-day extension from March 10, 2025, to **March 27, 2025**, for Federal Defendant to file a response to the Petition. This is Federal Defendants' first request for an extension of time.

To incorporate the terms of the Court's March 5, 2025, Order (ECF No. 23) authorizing KG Mining's March 4, 2025, stipulation extending the period of time for Defendant KG Mining to respond to the Petition (ECF No. 22), the parties agree the deadline for KG Mining to respond to the Petition will be extended correspondingly to **April 7, 2025**.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 6th day of March 2025.

| GREENFIRE LAW, PC | SUE P. FAHAMI<br>Acting United States Attorney | PARSONS BEHLE & LATIMER |
|---|---|---|
| /s/ Jessica Blome<br>Jessica L. Blome, Esq. (*pro hac vice*)<br>J. Rae Lovko, Esq. (*pro hac vice*)<br>2748 Adeline St., Ste. A<br>Berkeley, CA 94703<br>jblome@greenfirelaw.com<br>rlovko@greenfirelaw.com<br>and<br>Brent M. Resh<br>Nevada Bar No. 14940<br>BRENT RESH LAW, PLLC<br>2401 La Solana Way<br>Las Vegas, NV 89102<br>brent@brentreshlaw.com<br>*Attorney for Plaintiffs* | /s/ Nicole Leibow<br>NICOLE R. LEIBOW<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Ste. 1100<br>Las Vegas, NV 89101<br><br>*Attorneys for the Federal Defendants* | /s/ Ashley Nikkel<br>Ashley C. Nikkel<br>Nevada Bar No. 12838<br>Jim B. Butler<br>Nevada Bar No. 8389<br>50 W. Liberty St., Ste. 750<br>Reno, NV 89501<br>anikkel@parsonsbehle.com<br>jbutler@parsonsbehle.com<br><br>*Attorneys for Defendant KG Mining (Bald Mountain) Inc.* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____