PARSONS BEHLE & LATIMER
Jim Butler, Nevada Bar ID No. 8389
Ashley C. Nikkel, Nevada Bar ID No. 12838
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
jbutler@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Defendant*
*KG Mining (Bald Mountain) Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERIOR BOARD OF LAND APPEALS, UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and KG MINING INC.,<br><br>Defendants. | Case No. 3:25-CV-00039-ART-CSD<br><br>**DEFENDANT KG MINING (BALD MOUNTAIN) INC.'S AMENDED CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 7.1-1, undersigned counsel of record for Defendant KG Mining (Bald Mountain) Inc.[1] ("KG Mining") hereby certifies that the following may have a direct, pecuniary interest in the outcome of this case:

Kinross Gold U.S.A., Inc. is KG Mining (Bald Mountain), Inc.'s parent company.

Kinross Gold U.S.A. is a private company whose indirect parent company is Kinross Gold Corporation, a publicly traded Ontario corporation.

/ /

/ /

---

[1] The Petition for Review names KG Mining Inc. as a Defendant in the action. No such corporate entity exists. KG Mining (Bald Mountain), Inc. holds the authorization for the Juniper Project and appeared as Intervenor in the underlying Interior Board of Land Appeals action.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 7th day of April, 2025.

                                            PARSONS BEHLE & LATIMER

By:   */s/ Ashley C. Nikkel*
       Jim Butler, Nevada Bar ID No. 8389
       Ashley C. Nikkel, Nevada Bar ID No. 12838
       50 West Liberty Street, Suite 750
       Reno, NV 89501
       Telephone: 775.323.1601
       Facsimile: 775.348.7250
       jbutler@parsonsbehle.com
       anikkel@parsonsbehle.com

       *Attorneys for Defendant*
       *KG Mining (Bald Mountain) Inc.*

04870.050\4934-2726-5331.v1

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 7th day of April, 2025, I filed a true and correct copy of the foregoing document, **DEFENDANT KG MINING (BALD MOUNTAIN), INC.'S AMENDED CERTIFICATE OF INTERESTED PARTIES,** with the Clerk through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

Brent M. Resh, Esq.
Brent Resh Law, PLCC
2104 La Solana Way
Las Vegas, NV 89102
Email: brent@brentreshlaw.com

*Attorneys for Plaintiffs*

Jessica L. Blome, Esq.
J. Rae Lovko, Esq.
Greenfire Law, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Email: jblome@greenfirelaw.com
Email: rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

Sue Fahimi, Esq.
Nicole Leibow, Esq.
United States Attorney's Office
501 Las Vegas Blvd., Suite 1100
Las Vegas, NV 89101
Email: nicole.leibow@usdoj.gov

*Attorneys for Federal Defendants*

                                         */s/ Roni L. Shaffer*
                                  Employee of Parsons Behle & Latimer

PARSONS BEHLE & LATIMER

04870.050\4934-2726-5331.v1

3