SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
NICOLE LEIBOW
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: Nicole.Leibow@usdoj.gov

*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Laura Leigh, individually, and Wild Horse Education, a Non-Profit Corporation<br><br>Plaintiff,<br><br>v.<br><br>Interior Board of Land Appeals, United States Department of Interior, Bureau of Land Management, and KG Mining, Inc.,<br><br>Defendants. | Case No. 3:25-cv-00039-ART-CSD<br><br>**ORDER GRANTING JOINT MOTION TO APPEAR REMOTELY** |

Pursuant to Local Rule 1-1(b) encouraging the parties to engage in cost-savings practices, Federal Defendants Interior Board of Land Appeals, United States Department of Interior, Bureau of Land Management (Federal Defendants) and the United States, and Plaintiffs Laura Leigh, individually, and Wild Horse Education, a Non-Profit Corporation, jointly move to respectfully request that Assistant United States Attorney Nicole Leibow, lead counsel for the Federal Defendants and the United States, Ms. Jessica Blome, lead counsel for Plaintiffs, and Mr. Brent Resh,[1] local counsel for Plaintiffs, be permitted to appear by telephone or video conference for the Case Management Conference scheduled for Tuesday, May 6, 2025, at 10:00 a.m. before the Hon. Magistrate Judge Craig S. Denney (ECF No. 28).

---

[1] Although only lead counsel, Jessica Blome, intends to appear at the Case Management Conference, Plaintiffs wish to include local counsel, Brent Resh, in this motion, in case Ms. Blome is no longer able to appear.

1       Federal Defendants and the United States make this request because AUSA Leibow lives and works in the Las Vegas, Nevada, United States Attorney's Office, and will not be in Reno, Nevada on the date of the Case Management Conference.

      Likewise, Plaintiffs' local counsel Brent Resh lives and works in Las Vegas, Nevada, and Plaintiffs' lead counsel and litigation team live and work in Berkeley, California. Mr. Resh and Ms. Blome make this request to ensure the economic use of Plaintiffs' limited financial resources by avoiding the expense of travel to Reno, Nevada.

      THEREFORE, the parties respectfully request that the Court permit their appearance by telephone or video conference for the May 6, 2025, Case Management Conference.

      Respectfully submitted this 11th day of April 2025.

GREENFIRE LAW, PC

*/s/ Jessica Blome*
Jessica L. Blome, Esq. (*pro hac vice*)
J. Rae Lovko, Esq. (*pro hac vice*)
2748 Adeline St., Ste. A
Berkeley, CA 94703
jblome@greenfirelaw.com
rlovko@greenfirelaw.com
and
Brent M. Resh
Nevada Bar No. 14940
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
brent@brentreshlaw.com
*Attorneys for Plaintiffs*

SIGAL CHATTAH
United States Attorney

*/s/ Nicole Leibow*
NICOLE LEIBOW
Assistant United States Attorney

*Attorneys for Federal Defendants*

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 11, 2025