SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

NICOLE LEIBOW
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: Nicole.Leibow@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Laura Leigh, individually, and Wild Horse Education, a Non-Profit Corporation<br><br>Plaintiff,<br><br>v.<br><br>Interior Board of Land Appeals, United States Department of Interior, Bureau of Land Management, and KG Mining, Inc.,<br><br>Defendants. | Case No. 3:25-cv-00039-ART-CSD<br><br>**SCHEDULING ORDER** |

Under the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*, Fed. R. Civ. P. 16, and LR 16-1(c)(1), Plaintiffs Laura Leigh and Wild Horse Education (WHE), Defendants Interior Board of Land Appeals ("Board"), the U.S. Department of the Interior ("Department"), and the Bureau of Land Management ("BLM") (collectively, "Federal Defendants"), and Defendant KG Mining (Bald Mountain) Inc. (KG Mining), (collectively "the Parties"), submit this proposed schedule for briefing and the lodging of an administrative record (AR) rather than discovery. The Parties contend that no discovery deadlines or under Fed R. Civ. P. 26 and LR 26-1 are applicable. *See* paragraph 6 of concurrently filed case management report. Pursuant to this Court's Order, ECF No. 28 at 2, undersigned counsel, lead counsel for Federal Defendants, lead counsel for Plaintiffs, and lead counsel for Defendant KG Mining conferred telephonically on April 15, 2025, and have agreed to the following:

**AR:**

**June 30, 2025:** Federal Defendants will file and serve the AR.[1]

**July 14, 2025:** Plaintiffs and KG Mining shall notify Federal Defendants of any concerns with the AR including whether and why they believe that the filed AR is not an accurate and complete copy of the administrative record for this matter, and/or the grounds and details for any proposed supplementation of the AR.

**July 25, 2025**: The Parties shall confer about any issues raised as to the AR and they will attempt to resolve such issues.

**August 8, 2025:** If there remain any unresolved issues about the AR, Plaintiffs and/or KG Mining will file a motion to complete or supplement the AR.[2]

If any party files a motion related to the AR, then the merits briefing schedule below will be vacated. Within 14 days of the Court's decision on any motion related to the AR, the parties will submit a revised merits briefing schedule.

If the parties do not file a motion related to the AR, then the parties shall proceed with the merits briefing schedule below.

**Merits Briefs via Cross-Motions for Summary Judgment**

**August 29, 2025:** Plaintiffs will file their motion for summary judgment, which can be up to 40 pages, excluding tables and exhibits.

**October 10, 2025:** Federal Defendants and Defendant KG Mining will each file a combined opposition/motion for summary judgment, respectively, which can be up to 40 pages excluding tables and exhibits.

**November 7, 2025:** Plaintiffs will file either one combined opposition/reply in response to both Defendants' openings briefs, which can be up to 30 pages, excluding tables and exhibits, or, in the alternative, Plaintiffs will file two combined oppositions/replies in

---

[1] Federal Defendant will file through the CM/ECF system a notice of lodging the AR with the Clerk of Court. Federal Defendants will lodge with the Clerk of Court the AR on a USB flash drive, as well provide a courtesy copy USB flash drive to Judge Traum's chambers, per her Chambers Practices, and send Plaintiffs' counsel and counsel for KG Mining the AR on a USB flash drive.

[2] Any such motion can seek consideration only of documents that Plaintiffs or KG Mining identified to Federal Defendants during the AR conferral process set forth above.

response to each Defendant's opening brief, which can be up to 20 pages, excluding tables and exhibits.

**December 5, 2025:** Federal Defendants and Defendant KG Mining will each file a reply, respectively, which can be up to 20 pages, excluding tables and exhibits.

Accordingly, the Parties respectfully submit that the schedule and page limitations requested herein will conserve judicial resources better than the standard briefing schedule and page limits authorized by Local Rules 7-3(a) and 7-2(b).

Respectfully submitted this 30th day of April 2025.

| SIGAL CHATTAH<br>United States Attorney | **PARSON BEHLE & LATIMER** | **GREENFIRE LAW, PC** |
|---|---|---|
| */s/ Nicole R. Leibow*<br>NICOLE R. LEIBOW<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Ste. 1100<br>Las Vegas, NV 89109<br>*Attorneys for Federal Defendants* | */s/ Ashley C. Nikkel*<br>ASHLEY C. NIKKEL<br>Nevada Bar No. 12838<br><br>JIM B. BUTLER<br>Nevada Bar No. 8389<br>50 W. Liberty St., Ste. 750<br>Reno, NV 89501<br>anikkel@parsonsbehle.com<br>jbutler@parsonsbehle.com<br><br>*Attorneys for Defendant KG Mining (Bald Mountain) Inc.* | */s/ Jessica L. Blome*<br>JESSICA L. BLOME<br>(California Bar No. 314898, pro hac vice)<br>J. RAE LOVKO<br>(California Bar No. 208855, pro hac vice)<br>2748 Adeline Street, Ste. A<br>Berkeley, CA 94703<br>(510) 900-9502<br>jblome@greenfirelaw.com<br>rlovko@greenfirelaw.com<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: May 1, 2025