SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

NICOLE R. LEIBOW
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nicole.Leibow@usdoj.gov

*Attorneys for the Federal Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Laura Leigh, individually, and Wild Horse Education, a Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Interior Board of Land Appeals, United States Department of Interior, Bureau of Land Management, and KG Mining, Inc.,<br><br>Defendants. | Case No. 3:25-cv-00039-ART-CSD<br><br>**Notice of Manual Filing of Administrative Record in Case under The Administrative Procedure Act** |

Pursuant to LR IC 1-1(d) and the Court's order, ECF No. 40, Federal Defendant provides this notice of manually filing with the Clerk of Court one flash drive containing the Administrative Record ("AR"), consisting of pages AR 001-AR 261, and an index for the AR, as well as providing a similar flash drive for delivery to the chambers of the Honorable Ann R. Traum. Federal Defendant has also mailed Plaintiffs' counsel and counsel for KG Mining a USB flash a flash drive containing the AR and index. A printed version of the index is attached hereto.

Dated this 26th day of June, 2025.

SIGAL CHATTAH
United States Attorney

*/s/ Nicole Leibow*
Nicole R. Leibow
Assistant United States Attorney