*Laura Leigh et al. v. Interior Board of Land Appeals et al.*
3:25-cv-00039-ART-CSD
United States District Court, District of Nevada
Administrative Record

| Prefix | Bates Start | Bates End | Filename/Hyperlink | Date | Pages |
|---|---|---|---|---|---|
| AR_ | 001 | 020 | 01 2024-0229 Notice of Appeal & Petition for Stay.pdf | 8/12/2024 | 20 |
| AR_ | 021 | 025 | 02 2024-0229 NOA Attachment.pdf | 8/12/2024 | 5 |
| AR_ | 026 | 076 | 03 2024-0229 BMM_ROD_PoOA_RCE_Signature-508.pdf | 8/12/2024 | 51 |
| AR_ | 077 | 077 | 04 2024-0229 Docketing Notice w_ ADR.pdf | 8/12/2024 | 1 |
| AR_ | 078 | 104 | 05 2024-0229 Appellant Completing Service.pdf | 8/21/2024 | 27 |
| AR_ | 105 | 132 | 06 2024-0229 WHE Order Completing Service.pdf | 8/20/2024 | 28 |
| AR_ | 133 | 135 | 07 2024-0229 Notice of Appearance on Behalf of KG Mining.pdf | 8/23/2024 | 3 |
| AR_ | 136 | 140 | 08 2024-0229 KG Mining Motion to Intervene.pdf | 8/23/2024 | 5 |
| AR_ | 141 | 152 | 09 2024-0229 BLM Stay Response-MTD.pdf | 8/26/2024 | 12 |
| AR_ | 153 | 153 | 10 2024-0229 WHE Response Ordered.pdf | 8/26/2024 | 1 |
| AR_ | 154 | 165 | 11 2024-0229 Response to Motion to Dismiss.pdf | 8/29/2024 | 12 |
| AR_ | 166 | 186 | 12 2024-0229 KG Mining MTD Response in Opp to Stay.pdf | 8/30/2024 | 21 |
| AR_ | 187 | 193 | 13 2024-0229 Request for EOT.pdf | 9/5/2024 | 7 |
| AR_ | 194 | 209 | 13 2024-0229 Response to Prop In KG Mining MTD.pdf | 9/6/2024 | 16 |
| AR_ | 210 | 249 | 14 2024-0229 SOR.pdf | 9/9/2024 | 40 |
| AR_ | 250 | 251 | 15 2024-0229 WHE - Intervention Granted etc.pdf | 9/10/2024 | 2 |
| AR_ | 252 | 259 | 16 2024-0229 WHE - Order Dismissing Appeal.pdf | 9/23/2024 | 8 |
| AR_ | 260 | 261 | DocketCard_IBLA-2024-0229.pdf | | 2 |