# Exhibit 1

July 14, 2025, Email from Rae Lovko to Nicole Leibow

| | |
|---|---|
| **From:** | Rae Lovko |
| **To:** | Leibow, Nicole (USANV) |
| **Cc:** | Jessica Blome |
| **Subject:** | [EXTERNAL] Leigh v BLM 3:25-cv-00039-ART-CSD |
| **Date:** | Monday, July 14, 2025 2:35:40 PM |

Hi Nicole,

We have looked at the administrative record filed on 06/26/25 and agree that it is complete.

Best,

--

Rae Lovko, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 710
rlovko@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.