# Exhibit 2

August 1, 2025, Email from Rae Lovko to Nicole Leibow

| | |
|---|---|
| **From:** | Rae Lovko |
| **To:** | Leibow, Nicole (USANV) |
| **Subject:** | [EXTERNAL] KG Mining Case |
| **Date:** | Friday, August 1, 2025 2:23:20 PM |

Hi Nicole,

The administrative record does not contain any of the NEPA review documents. For purposes of describing the project and its scope, Plaintiffs likely will need to briefly reference some content in the final environmental impact statement. (Shouldn't be extensive since the only issue is standing/geographic nexus). We can ask the court to judicially notice the document for this purpose. Any objection to this?

--

Rae Lovko, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 710
rlovko@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.