PARSONS BEHLE & LATIMER
Jim Butler, Nevada Bar ID No. 8389
Ashley C. Nikkel, Nevada Bar ID No. 12838
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
jbutler@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Defendant*
*KG Mining (Bald Mountain) Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERIOR BOARD OF LAND APPEALS, UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and KG MINING INC.,<br><br>Defendants. | Case No. 3:25-CV-00039-ART-CSD<br><br>**DEFENDANT KG MINING (BALD MOUNTAIN) INC.'S JOINDER TO FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR JUDICIAL NOTICE** |

Defendant KG Mining (Bald Mountain) Inc.[1] ("KG Mining"), by and through its undersigned counsel of record, hereby joins in Federal Defendants' Response to Plaintiffs' Motion for Judicial Notice (ECF No. 45) and corresponding Errata (ECF No. 46) ("Federal Defendants' Response").

/ /

/ /

/ /

/ /

---

[1] The caption names KG Mining Inc. as a Defendant in the action. No such corporate entity exists. KG Mining (Bald Mountain), Inc. holds the authorization for the Juniper Project and appeared as Intervenor in the underlying Interior Board of Land Appeals action.

PARSONS
BEHLE &
LATIMER

1

KG Mining expressly adopts and incorporates all arguments presented in the Federal Defendants' Response that respond to Plaintiffs' Motion for Judicial Notice (ECF No. 44) ("Motion").

DATED this 15th day of September, 2025.

PARSONS BEHLE & LATIMER

By:   */s/ Ashley C. Nikkel*
Jim Butler, Nevada Bar ID No. 8389
Ashley C. Nikkel, Nevada Bar ID No. 12838
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
jbutler@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Defendant
KG Mining (Bald Mountain) Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 15th day of September, 2025, I filed a true and correct copy of the foregoing document, **DEFENDANT KG MINING (BALD MOUNTAIN) INC.'S JOINDER TO FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR JUDICIAL NOTICE,** with the Clerk through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

Brent M. Resh, Esq.
Brent Resh Law, PLCC
2104 La Solana Way
Las Vegas, NV 89102
Email: brent@brentreshlaw.com

*Attorneys for Plaintiffs*

Jessica L. Blome, Esq.
J. Rae Lovko, Esq.
Greenfire Law, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Email: jblome@greenfirelaw.com
Email: rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

Sue Fahimi, Esq.
Nicole Leibow, Esq.
United States Attorney's Office
501 Las Vegas Blvd., Suite 1100
Las Vegas, NV 89101
Email: nicole.leibow@usdoj.gov

*Attorneys for Federal Defendants*

          /s/ Nancy A. Prout
          Employee of Parsons Behle & Latimer