# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>    *Plaintiffs*,<br><br>                v.<br><br>Interior Board of Land Appeals, United States Board of Land Appeals, United States Department of Interior, Bureau of Land Management, and KG Mining, Inc.<br><br>    *Defendants*. | Case No. 3:25-cv-00039-ART-CSD<br><br>**[PROPOSED] SCHEDULING ORDER** |

    Pursuant to the Court's Order Setting Case Management Conference (ECF No. 28), Federal Rule of Civil Procedure 16, and Local Rule 16-1(c)(1), Plaintiffs Laura Leigh and Wild Horse Education (WHE), the U.S. Department of the Interior (~~"~~Department~~"~~), and the Bureau of Land Management ("BLM"); (collectively, ~~"~~Federal Defendants~~"~~), and Defendant KG Mining (Bald Mountain) Inc. (KG Mining), (collectively ~~"~~the Parties~~"~~), hereby submit [~~a Joint Case Management Report~~Proposed] Scheduling Order for the above-captioned action. As required by the Court's Order, *id.* at 2, on April 15, 2025, lead counsel or each Party telephonically met and conferred.

1

**Nature of the Case:** This case concerns an Order issued by the ~~Interior~~Department. As reported in the concurrently submitted Joint Case Management Report, the Parties agree that this case will be resolved through judicial review of the BLM's administrative record and applicable federal statutes and regulations, and the Parties do not intend to seek discovery at this time. Local Rule 16-1(c) provides that cases such as this one—"actions for review on an administrative record—are to be "governed by an entry or an order establishing a briefing schedule and other appropriate matters." Accordingly, the Parties jointly propose the following schedule for resolution of this case:

**Administrative Record**

- Federal Defendants and KG Mining shall file and serve the certified administrative record[1] by **June 30, 2025.**
- The Parties shall consult on all issues related to the administrative record raised by Plaintiffs and attempt to resolve any disputes no later than **July 14, 2025**.
- If the parties are unable to resolve any disputes regarding the administrative record, Plaintiffs will file a motion to complete and/or supplement the record by **July 25, 2025.**
- Federal Defendants' and KG Mining's opposition to Plaintiffs' motion will be due by **August 8, 2025**.
- Plaintiffs' reply will be due by **August 15, 2025.**
- If Plaintiffs file a motion related to the administrative record~~, including any motion for judicial notice of extra-record materials~~, the summary judgment schedule outlined below will be vacated. The Parties will submit a new, mutually agreeable summary judgment schedule within seven days of the Court's decision on Plaintiffs' motion.

**Cross-Motions for Summary Judgment**

---

[1] Federal Defendants will file the notice of lodging the administrative record through the CM/ECF system and lodge the administrative record with the Clerk of this Court in electronic format using USB flash drives, including a hyperlinked index. Federal Defendants will also send USB flash drives of the administrative record and index to Plaintiffs' counsel.

If there are no administrative record disputes, the Parties agree to the following schedule:

- Plaintiffs shall file their Motion for Summary Judgment by **August 29, 2025**, which can be up to 40 pages, excluding tables and exhibits;
- Defendants and KG Mining shall file their combined Response to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment by **October 10, 2025**, which can be up to 40 pages, excluding tables and exhibits;
- Plaintiffs shall file their combined Response to Federal Defendants' and KG Mining's Motion and Reply in support of their own Motion by **November 7, 2025**, which can be up to ~~20~~ 30 pages excluding tables and exhibits;
- Defendants and Kg Mining shall file their Reply in support of their Motion by **December 5, 2025**, which can be up to 20 pages excluding tables and exhibits.

> **Commented [JB1]:** I believe we decided that we'd get 30 pages to file a combined reply, rather than 2 twenty-page replies.

Accordingly, the Parties respectfully submit that the schedule and page limitations requested herein will conserve judicial resources better than the standard briefing schedule and page limits authorized by Local Rules 7-3(a) and 7-2(b).

Respectfully submitted this 30th Day of April 2025

SIGAL CHATTAH
United States Attorney

*/s/ Nicole Leibow*
NICOLE R. LEIBOW
Assistant United States Attorney

*Attorneys for Federal Defendants*

3

PARSON BEHLE & LATIMER

Ashley C. Nikkel
*/s/*
Nevada Bar No. 12838
Jim B. Butler
Nevada Bar No. 8389
50 W. Liberty St., Ste. 750
Reno, NV 8950
anikkel@parsonsbehle.com
jbutler@parsonsbehle.com

*Attorneys for Defendant KG Mining (Bald Mountain) Inc.*

*/s/ Jessica L. BLome*
JESSICA L. BLOME
(California Bar No. 314898, pro hac vice)
J. RAE LOVKO
(California Bar No. 208855), pro hac vice vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____

4