TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
NV Bar No. 8264
NICOLE R. LEIBOW
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Nicole.Leibow@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>INTERIOR BOARD OF LAND APPEALS, UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and KG MINING INC.,<br><br>        Defendants. | Case No.: 3:25-cv-00039-ART-CSD<br><br>**STIPULATION AND ORDER TO LIFT STAY AND EXTEND MERITS BRIEFS (REVISED SCHEDULING ORDER)**<br><br>**(Second Request)** |

It is hereby stipulated by and among Plaintiffs Laura Leigh and Wild Horse Education, a non-profit corporation, Defendants Interior Board of Land Appeals, United States Department of Interior, Bureau of Land Management ("Federal Defendants"), and Defendant KG Mining, Inc. (collectively, "Defendants"), that the stay of deadlines pursuant to the Court's General Order No. 25-07 ("GO 25-07") in the above-referenced matter is lifted, and the remaining merits briefs shall be extended as set forth below.

Per this Court's Minute Order issued on November 5, 2025 (ECF No. 51), the parties met and conferred on November 19, 2025, and hereby submit this revised scheduling order.

| SCHEDULED EVENT | CURRENT DEADLINE[1] | PROPOSED DEADLINE |
|---|---|---|
| Federal Defendants and Defendant KG Mining will each file a combined opposition/motion for summary judgment, respectively, which can be up to 40 pages excluding tables and exhibits. | December 2, 2025 | February 2, 2026 |
| Plaintiffs will file either one combined opposition/reply in response to both Defendants' opening briefs, which can be up to 30 pages, excluding tables and exhibits, or, in the alternative, Plaintiffs will file two combined oppositions/replies in response to each Defendant's opening brief, which can be up to 20 pages, excluding tables and exhibits. | December 30, 2025 | March 2, 2026 |
| Federal Defendant and Defendant KG Mining, Inc. will each file a reply, respectively, which can be up to 20 pages, excluding tables and exhibits. | January 27, 2026 | April 7, 2026 |

Accordingly, the Parties respectfully submit that the schedule requested herein will conserve judicial resources better than the standard briefing schedule authorized by Local Rules 7-3(a) and 7-2(b). The court has already approved the page limitations indicated in this briefing stipulation, which are repeated in this document only for ease of reference. *See* ECF No. 40.

---

[1] The current deadlines reflect an additional fifty-three (53) days from deadlines set forth in ECF No. 40, pursuant to GO 25-07.

1    THEREFORE, the Parties respectfully request that the Court modify the automatic

2  briefing schedule that went into effect upon the resumption of appropriations to federal

3  entities as set forth herein.

4    Respectfully submitted this 21st day of November 2025.

5  SIGAL CHATTAH                  **PARSON BEHLE &**         GREENFIRE LAW, PC
   First Assistant U.S. Attorney  **LATIMER**
6

7  */s/ Nicole R. Leibow*         */s/ Ashley C. Nikkel*     */s/Jessica L. Blome*
   NICOLE R. LEIBOW               ASHLEY C. NIKKEL           JESSICA L. BLOME
8  Assistant United States        Nevada Bar No. 12838       (California Bar No.
   Attorney                                                  314898, pro hac vice)
9  501 Las Vegas Blvd. So.,       JIM B. BUTLER              J. RAE LOVKO
   Ste. 1100                      Nevada Bar No. 8389        (California Bar No.
10 Las Vegas, NV 89109            50 W. Liberty St., Ste. 750 208855, pro hac vice)
   *Attorneys for Federal Defendants* Reno, NV 89501         2748 Adeline Street,
11                                anikkel@parsonsbehle.com   Ste. A
                                  jbutler@parsonsbehle.com   Berkeley, CA 94703
12                                                           (510) 900-9502
                                                             jblome@greenfirelaw.com
13                                                           rlovko@greenfirelaw.com

14                                *Attorneys for Defendant KG*
                                  *Mining (Bald Mountain) Inc.*  *Attorneys for Plaintiff*

15

16

17

18

19                               **IT IS SO ORDERED:**

20

21                               _____

22                               U.S. DISTRICT / MAGISTRATE JUDGE

23

24                               DATED: _____

25

26

27

28

3