1  TODD BLANCHE
   Deputy Attorney General of the United States
2  SIGAL CHATTAH
   First Assistant United States Attorney
3  District of Nevada
   Nevada Bar No. 8264
4  NICOLE R. LEIBOW
   Assistant United States Attorney
5  U.S. Attorney's Office
   501 Las Vegas Boulevard South, Suite 1100
6  Las Vegas, Nevada 89101
   Telephone: 702-388-6336
7  Email: Nicole.Leibow@usdoj.gov

8  *Attorneys for the Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Laura Leigh, and Wild Horse Education,<br><br>Plaintiffs,<br><br>v.<br><br>Interior Board of Land Appeals, United States Department of Interior, Bureau of Land Management, and KG Mining, Inc.,<br><br>Defendants. | Case No. 3:25-cv-00039-ART-CDS<br><br>**Stipulation and Order to Extend Remaining Merits Briefs**<br><br>**(Third Request)** |

Pursuant to FRCP 6(b)(1)(A), LR IA 6-1, and LR 26-3, Plaintiffs Laura Leigh and Wild Horse Education ("Plaintiffs"), Defendant KG Mining (Bald Mountain) Inc. ("KG Mining"), and Federal Defendant Interior Board of Land Appeals, United States Department of Interior, Bureau of Land Management, through undersigned counsel, hereby stipulate and agree as follows:

The current deadline for Federal Defendant to file its opposition/cross motion for summary judgment is February 2, 2026. *See* ECF 53.

On January 26, 2025, respective counsel for Plaintiffs, Defendant KG Mining, and Federal Defendant agreed to a seven (7) day extension of time for Federal Defendant to file its opposition/cross-motion for summary judgment. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

Federal Defendant has good cause to request this brief extension of time. The United States Attorney's Office for the District of Nevada has been operating at below fifty percent capacity, and, since May of 2025, undersigned counsel has inherited numerous additional defensive cases with their own competing deadlines. Additionally, this one-week extension will allow the agency sufficient time to review the motion before the filing deadline.

Accordingly, the parties, through undersigned counsel, submit this stipulation to a 7-day extension from February 2, 2026, to **February 9, 2026**, for Federal Defendant to file their opposition/cross motion for summary judgment. This is Federal Defendants' third request for an extension of time.

The parties agree that, pursuant to the Court's Revised Scheduling Order, (ECF No. 53), the deadline for KG Mining to file its opposition/cross-motion for summary judgment will be extended correspondingly to **February 9, 2026.**

The remaining merits deadlines will also be postponed by seven days, resulting in the following changes:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Federal Defendants and Defendant KG Mining will each file a combined opposition/motion for summary judgment, which can be up to 40 pages including tables and exhibits. | February 2, 2026 | **February 9, 2026** |
| Plaintiffs will file either one combined opposition/reply in response to both Defendants' opening briefs, which can be up to 30 pages, including tables and exhibits, or in the alternative, Plaintiffs will file two combined oppositions/replies in response to each Defendant's opening brief, which can up to 20 pages, including tables and exhibits. | March 2, 2026 | **March 9, 2026** |

| Federal Defendants and Defendant KG Mining, Inc. will each file a reply, respectively, which can be up to 20 pages, including tables and exhibits. | April 7, 2026 | **April 14, 2026** |
|---|---|---|

This stipulated request is filed in good faith and not for the purposes of undue delay. Federal Defendant confirms that this will be its final request to extend the deadline for their opposition/cross-motion for summary judgment.

Respectfully submitted this 27th day of January 2026.

| | | |
|---|---|---|
| GREENFIRE LAW, PC | SIGAL CHATTAH<br>First Assistant United States Attorney | PARSONS BEHLE & LATIMER |
| /s/ Jessica L. Blome<br>Jessica L. Blome, Esq. (*pro hac vice*)<br>J. Rae Lovko, Esq. (*pro hac vice*)<br>2748 Adeline St., Ste. A<br>Berkeley, CA 94703<br>jblome@greenfirelaw.com<br>rlovko@greenfirelaw.com<br>and<br>Brent M. Resh<br>Nevada Bar No. 14940<br>BRENT RESH LAW, PLLC<br>2401 La Solana Way<br>Las Vegas, NV 89102<br>brent@brentreshlaw.com<br>*Attorney for Plaintiffs* | /s/Nicole R. Leibow<br>NICOLE R. LEIBOW<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Ste. 1100<br>Las Vegas, NV 89101<br><br>*Attorneys for the Federal Defendants* | /s/ Ashley C. Nikkel<br>Ashley C. Nikkel<br>Nevada Bar No. 12838<br>Jim B. Butler<br>Nevada Bar No. 8389<br>50 W. Liberty St., Ste. 750<br>Reno, NV 89501<br>anikkel@parsonsbehle.com<br>jbutler@parsonsbehle.com<br><br>*Attorneys for Defendant KG Mining (Bald Mountain) Inc.* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:   February 2, 2026