AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Laura Leigh

                        Plaintiff,

        v.

Interior Board Of Land Appeals et al

                        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:25-cv-00039-ART-CSD

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

The Court DENIES Plaintiffs' motion for summary judgment (ECF No. 43) and GRANTS Defendants' cross-motions for summary judgment (ECF Nos. 60; 61).

IT IS FURTHER ORDERED that judgment is hereby entered in favor of defendants,  Interior Board Of Land Appeals et al.,  against plaintiff Laura Leigh, and this case is closed.

3/30/2026
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ GA
_____
Deputy Clerk